UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>,KEVIN WILLEY<br>Defendant. | CASE NO. 1:24-CR-00051-JLT<br>**UNSEALING ORDER** |

Good cause due to the defendant's pending Arraignment on the Superseding Petition for Violation of Supervised Release in the Eastern District of California, it is hereby ordered that the Superseding Petition for Violation of Supervised Release, Arrest Warrant, and related court filings in the above matter, be UNSEALED.

DATED: November 18, 2026

HON. FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE